## GRAY v. GRAY.

Court of Appeals of Kentucky.

(Decided November 24, 1931.)

HIRAM H. OWENS for movant.

TUGGLE & TUGGLE opposed.

PER CURIAM. Judgment rendered December 20, 1930, for $15 per month, beginning December 15, 1930, payable on the 15th day of each succeeding month. Appeal filed January 26, 1931. Court without jurisdiction, as amount involved is less than $200. Billington v. Billington, 226 Ky. 207, 10 S. W. (2d) 815.

Appeal dismissed.

## LITTRELL v. MULLINS.

Court of Appeals of Kentucky.

(Decided December 1, 1931.)

J. A. FLOWERS and E. BERTRAM for movant.

J. G. SMITH opposed.

PER CURIAM. Judgment for plaintiff in a suit on a check for $256.20.

Appeal denied; judgment affirmed.

## BANOLAS v. FAYETTE COUNTY FISCAL COURT.

Court of Appeals of Kentucky.

(Decided December 4, 1931.)

J. W. S. KISER for appellant.

JOHN YOUNG BROWN for appellees.

PER CURIAM. Suit for $250 offered as a reward for information leading to the arrest and conviction of those who had perpetrated a crime. Judgment for defendant.

Appeal denied; judgment affirmed.